■ CYNTHIA C. KOWALSKI, Also Known as CYNTHIA CROCITTO, Appellant, v. MARGARET J. FAMILIA, Also Known as MARGARET JAHR, et al., Respondents.— In an action, by the heir of an owner of an alleged option to purchase real property, for specific performance, plaintiff appeals from an order of the Supreme Court, Orange County, entered December 8, 1972, which, (1) upon defendants' motion to dismiss the complaint and for a declaratory judgment, adjudged that the alleged option was void and (2) denied plaintiff's cross motion to dismiss the defenses contained in defendants' answer and for summary judgment. Order modified by adding thereto a provision granting defendants' motion to dismiss the complaint. As so modified, order affirmed, with $20 costs and disbursements to respondents. In our opinion, the order under review should have conformed to Special Term's decision, which not only denied plaintiff's cross motion but granted defendants' motion to dismiss the complaint on the ground that it failed to state a cause of action (CPLR 3211, subd. [a], par. 7). Gulotta, P. J., Latham, Shapiro, Christ and Brennan, JJ., concur. [71 Misc 2d 287.]

■ LONG ISLAND RAIL ROAD COMPANY et al., Petitioners, v. NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.— Proceeding pursuant to section 298 of the Executive Law to review an order of the State Human Rights Appeal Board, dated June 11, 1973, which affirmed an order of the State Division of Human Rights, dated February 8, 1972 and made after a hearing, inter alia finding petitioners guilty of discriminating against the complainant herein by denying him an available position because of his race and color. Orders annulled and complaint dismissed, without costs. In our opinion, the record contains no substantial evidence to support any inference that petitioners unlawfully discriminated against the complainant by denying him an available position because of his race and color. Gulotta, P. J., Latham, Shapiro, Christ and Brennan, JJ., concur.